| | |
|---|---|
| 1 | Audra M. Mori, Bar No. 162850 |
| | AMori@perkinscoie.com |
| 2 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA 90067-1721 |
| | Telephone: 310.788.9900 |
| 5 | Facsimile: 310.788.3399 |
| 6 | Attorneys for Plaintiff |
| | MICROSOFT CORPORATION |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 17 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT    JS6

CENTRAL DISTRICT OF CALIFORNIA

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

I.T.B.T., INC., a California corporation doing business as ALL4DROP.COM, ALLDROPPRICE LLC, FREE4OVERNIGHT.COM, FREEOVERNIGHT LLC COMPANY, PRICECOMPU.COM, COMPUPRICE COMPANY, ALLDROPCOMPANY, OEM COMPANY LLC, and OEMCOMPUTERSYSTEM.COM; and SON AE JIN, an individual,

Defendants.

Case No. SA CV09-01403 AG (ANx)

[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the parties and good cause appearing therefore, the above-captioned action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.

///

41826-5302/LEGAL20840327.1

1  This Court shall retain jurisdiction to enforce the Permanent Injunction
2  entered by this Court and the Settlement Agreement and Release between Microsoft
3  and Defendants.
4
5  IT IS SO ORDERED.
6
7  Dated: May 16, 2011
8  _____
   HON. ANDREW J. GUILFORD
   United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

41826-5302/LEGAL20840327.1